**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

NOE RAMIREZ ALVARADO,

Plaintiff,

v.

DIANA Y. BARRIOS, San Diego Field Office, USCIS, et al.,

Defendants.

Case No.: 26-cv-1353-GPC-SBC

**JOINT MOTION TO DISMISS**

Judge: Gonzalo P. Curiel

Presently before the Court is the parties' Joint Motion to Dismiss (ECF No. 9). For the reasons stated in the Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion. The case is DISMISSED in its entirety WITHOUT PREJUDICE. The Court ORDERS the Clerk to close the case.

**IT IS SO ORDERED.**

Dated: September 28, 2026

Hon. Gonzalo P. Curiel
United States District Judge